IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:03-cr-00035-MP

DIVINA N SMITH,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 29, Motion to Amend/Correct Conditions of Supervised Release by Divina N Smith. Defendant seeks to have her conditions of supervised release amended to (1) allow her to occupy a position of trust and (2) amend her restitution payments to an amount that is set proportional to her income. The undersigned has reviewed Defendant's Presentence Investigation Report and denies the motion in part and grant the motion in part.

    **ORDERED AND ADJUDGED:**

Defendant's Motion to Amend/Correct Conditions of Supervised Release is DENIED IN PART and GRANTED IN PART. Defendant's request to amend the supervised release to allow her to occupy a position of trust is DENIED. Defendant's request to pay restitution that is set proportional to her monthly income is GRANTED. The amount of monthly restitution shall be set by agreement between the United States Probation Office and Defendant. In the event those parties cannot come to an agreement, the Court will decide the appropriate restitution.

    **DONE AND ORDERED** this   _30th_   day of June, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge